IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| SHAREENA BROOKS, | : | Case No. A 2401092 |
| | : | |
| Plaintiff, | : | Judge Chistopher A. Wagner |
| | : | |
| -vs- | : | |
| | : | STIPULATED EXTENSION OF |
| MICHAEL P. ROETTING, et al., | : | TIME TO MOVE, ANSWER, OR |
| | : | OTHERWISE PLEAD |
| Defendants. | : | |

Pursuant to Local Rule 12, the parties stipulate and agree that Michael P. Roetting shall have an additional 28 days, until May 17, 2024. No prior extensions have been granted.

**SO STIPULATED.**

Agreed:

**EMILY SMART WOERNER (0089349)**
**CITY SOLICITOR**

/s/ *Katherine C. Baron*
Scott M. Heenan (0075734)
Katherine C. Baron (0092447)
Senior Assistant City Solicitors
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Tel.: (513) 352-3326
(513) 352-4705
Fax: (513) 352-1515
Scott.Heenan@cincinnati-oh.gov
Katherine. Baron@cincinnati-oh.gov
*Attorneys for the Defendant in his official capacity*

/s/ *Fanon A. Rucker*
Fanon A. Rucker (0066880)
527 Linton Street
Cincinnati, Ohio 45219
(513) 3814878
Fax: (513) 672-0814
frucker@cochranohio.com
*Attorney for Plaintiff*

/s/ *Kim Rutowski*
Kimberly A. Rutowski (0076653)
Lazarus Law LLC
525 Vine Street, Suite 2210

{00400743-1}

Cincinnati, Ohio 45202
Tel.: (513) 721-7300
Fax: (513) 721-7008
krutowski@hllmlaw.com
*Attorney for the Defendant in his individual capacity*

{00400743-1}